UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

BLAKE ROLLINS,

    Defendant.

Crim. Action No. 13-00017 (CKK)

**ORDER**
**May 31, 2019**

This case comes before the Court upon the receipt of a Report and Recommendation dated May 15, 2019, from Magistrate Judge G. Michael Harvey. Magistrate Judge Harvey found that "Defendant conceded both violations connected with the conduct underlying his recent drug conviction in Virginia (Violation Nos. 1 and 2): and he "conceded his April 2, 2018 curfew violation (Violation No. 5) but challenged the other two curfew violations" (Violations 3 and 4). Report and Recommendation, ECF No. 60, at 5. Magistrate Judge Harvey recommended that the Court find that Defendant "engaged in the conduce outlined in Violation Nos. 1-3 and 5" but that Court "make no finding as to Violation No. 6," which involves pending charges for driving under the influence of alcohol or a drug, operating a motor vehicle while impaired and operation the vehicle without a permit. *Id.* at 5-6. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 31st day of May, 2019,

**ORDERED** that the Report and Recommendation is hereby ADOPTED, and Defendant Blake Rollins' supervision shall be revoked; and it is

**FURTHER ORDERED** that the Defendant is scheduled for Re-sentencing on June 18, 2019, at 9:30 a.m. in Courtroom 28A.

```
                    /s/
_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE
```